IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEANNE KARLSTAD, individually and as guardian and parent of P.K., a protected minor,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and JOHN DOES 1-4,<br><br>　　　　　　Defendants. | CV 25-59-M-KLD<br><br><br>ORDER |

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. 10). Accordingly,

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice with each party to pay their respective costs and fees of any kind or nature.

DATED this 7th day of July, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1